IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL A. PIETRANGELO**        ) | |
|                                                              ) | |
|         **Plaintiff,**                                ) | |
|                                                              ) | |
| **v.**                                                    ) | |
|                                                              ) | **Docket No. 2:08-cv-02230** |
|                                                              ) |                         **STA-dkv** |
|                                                              ) | |
| **THE TRACKING CORPORATION,**   ) | **JURY TRIAL DEMANDED** |
| **MICROTRAK GPS, INC., JERRY GRISSAFI,** ) | |
| **TILMON KREILING, JR., and WALLY STOCK,** ) | |
|                                                              ) | |
|         **Defendants,**                          ) | |
|                                                              ) | |
| **and**                                                ) | |
|                                                              ) | |
| **THE TRACKING CORPORATION,**   ) | |
|                                                              ) | |
|         **Counter-Plaintiff,**                 ) | |
|                                                              ) | |
| **v.**                                                    ) | |
|                                                              ) | |
| **MICHAEL A. PIETRANGELO**        ) | |
|                                                              ) | |
|         **Counter-Defendant.**               ) | |

**CONSENT ORDER OF DISMISSAL**

It appears to the Court, upon the Joint Notice of Settlement, that the parties have resolved the matters at issue in this lawsuit and the parties now jointly wish to dismiss with prejudice all claims and counterclaims.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice.

ENTERED THIS 16th day of June, 2010.

                                            **s/S. Thomas Anderson**
                                            S. THOMAS ANDERSON
                                            UNITED STATES DISTRICT JUDGE

                                            Date: June 16, 2010

**Respectfully Submitted:**

   /s/ Anthony C. Pietrangelo
Jonathan P. Lakey (16788)
Anthony C. Pietrangelo (15596)
PIETRANGELO COOK, PLC
International Place, Tower II
6410 Poplar Ave., Suite 190
Memphis, TN 38119
901-685-2662
jlakey@pietrangelocook.com
apietrangelo@pietrangelocook.com

*Attorneys for Plaintiff/Counter-Defendant*


   /s/ Mary L. Wolff (with permission)
Mary L. Wolff (08262)
Sharon L. Petty (012212)
Wolff Ardis, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134

*Attorney for Defendants/Counter-Plaintiff*