*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**MICHAEL A. PIETRANGELO**             **JUDGMENT IN A CIVIL CASE**
    **Plaintiff,**

**v.**

**THE TRACKING CORPORATION,**           **CASE NO: 08-2230-A**
**MICROTRAK GPS, INC.,**
**JERRY GRISSAFI, TILMON KREILING, JR.,**
**And WALLY STOCK**
    **Defendants,**

and

**THE TRACKING CORPORATION,**
    **Counter-Plaintiff,**

**v.**

**MICHAEL A. PIETRANGELO**
    **Counter-Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal entered on June 16, 2010, this cause is hereby dismissed with prejudice.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 6/23/2010**
                                        **THOMAS M. GOULD**
                                        **Clerk of Court**

                                          **s/Terry L. Haley**
                                        **(By)  Deputy Clerk**